# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF LOUISIANA
# ALEXANDRIA DIVISION

| | |
|---|---|
| **MARCOS ALBERTO BAUTISTA-AVELINO #A098041425/208882335** | **CIVIL ACTION NO. 1:23-CV-00180-P** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **SHAD RICE, ET AL** | **MAG. JUDGE PEREZ-MONTES** |

## J U D G M E N T

For the reasons stated in the Report and Recommendation of the Magistrate Judge [Doc. No. 8] previously filed herein, and after an independent review of the record, and noting the lack of written objections filed by Plaintiff and determining that the findings are correct under the applicable law,

**IT IS ORDERED, ADJUDGED, AND DECREED** that Plaintiff's Petition [Doc. No. 1] is **DISMISSED WITHOUT PREJUDICE** for failure to establish that there is no significant likelihood of Plaintiff's removal from immigration detention in the foreseeable future.

**THUS, DONE AND SIGNED**, in chambers, in Monroe, Louisiana, on this 10th day of May 2023.

_____
**TERRY A. DOUGHTY**
**UNITED STATES DISTRICT COURT**